**Electronically Filed**
**Supreme Court**
**SCWC-30517**
**31-OCT-2014**
**07:51 AM**

SCWC-30517

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

COLLEEN HANABUSA,
Petitioner/Plaintiff-Appellant,

vs.

DEPARTMENT OF ENVIRONMENTAL SERVICES OF THE CITY AND COUNTY OF
HONOLULU; DEPARTMENT OF PLANNING AND PERMITTING OF THE CITY AND
COUNTY OF HONOLULU; CITY AND COUNTY OF HONOLULU,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(NO. 30517; CIVIL NO. 08-1-2562)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Colleen Hanabusa's
Application for Writ of Certiorari filed on September 16, 2014,
is hereby rejected.

DATED: Honolulu, Hawai‘i, October 31, 2014.

Richard Naiwieha Wurdeman
for petitioner

Dana M. Viola and
Gary Y. Takeuchi,
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

